## BLUMBERG ASSOCIATES WORLDWIDE, INC. *v.* BROWN AND BROWN OF CONNECTICUT, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 132 Conn. App. 85 (AC 32539), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's granting of the defendants' motion for summary judgment?"

The Supreme Court docket number is SC 18911.

*Daniel J. Klau*, in support of the petition.

*Mark D. Alexander* and *John M. Tanski*, in opposition.

Decided January 12, 2012